# EXHIBIT 3

**Infringement Contention-Regarding MAXPEEDINGRODS Trailer Hitch Infringement of the U.S. Pat. No. 11,446,973 ('973 patent)**

| Claims 1, 5-6 of '973 patent | Infringement Contention- MAXPEEDINGRODS Trailer Hitch Infringement of the '973 patent |
|---|---|
| **1(a).** A towing device with a damping function, comprising | MAXPEEDINGRODS Trailer Hitch is a towing device with a damping function[1]. |

---

[1] https://www.amazon.com/dp/B0CTC54223/ref=sspa_dk_detail_4?pd_rd_i=B0CTC54223&pd_rd_w=5kNzp&content-id=amzn1.sym.386c274b-4bfe-4421-9052-a1a56db557ab&pf_rd_p=386c274b-4bfe-4421-9052-a1a56db557ab&pf_rd_r=0H46W9KFFW2KB3NKF417&pd_rd_wg=GL85V&pd_rd_r=f1ff7df6-516a-4f08-9fee-b5f51e9c180d&s=automotive&sp_csd=d2lkZ2V0TmFtZT1zcF9kZXRhaWxfdGhlbWF0aWMar0aWM&th=1

| | |
|---|---|
| **1(b).** a towing main body (1) and a towing assembly (2) mounted on the towing main body (1), | MAXPEEDINGRODS Trailer Hitch has a towing main body (1) and a towing assembly (2) mounted on the towing main body (1),<br> |
| **1(c).** wherein the towing main body (1) comprises a towing cantilever (3) and a vertical adjustment arm (4) arranged at an end part of the towing cantilever (3); | wherein the towing main body (1) of MAXPEEDINGRODS Trailer Hitch comprises a towing cantilever (3) and a vertical adjustment arm (4) arranged at an end part of the towing cantilever (3);<br> |

| | |
|---|---|
| **1(d).** one end of the towing cantilever (3) is connected to the vertical adjustment arm (4), and the other end is provided with several fixing holes (25); | one end of the towing cantilever (3) of MAXPEEDINGRODS Trailer Hitch is connected to the vertical adjustment arm (4), and the other end is provided with several fixing holes (25);  |
| **1(e).** the towing cantilever (3) is fixed, through fixing pins (26), on a fixed seat pre-arranged at a rear end of a towing vehicle; | the towing cantilever (3) of MAXPEEDINGRODS Trailer Hitch is fixed, through fixing pins (26), on a fixed seat pre-arranged at a rear end of a towing vehicle;  |
| **1(f).** a cushion (27) is sleeved on the towing cantilever (3); | a cushion (27) of MAXPEEDINGRODS Trailer Hitch is sleeved on the towing cantilever (3); |

3

| | |
|---|---|
| |  |
| **1(g).** the cushion (27) is located between the fixing holes (25) and the vertical adjustment arm (4); | the cushion (27) of MAXPEEDINGRODS Trailer Hitch is located between the fixing holes (25) and the vertical adjustment arm (4); |
| **1(h).** one side of the cushion (27) close to the vertical adjustment arm (4) is provided with a tightening bolt (28); | one side of the cushion (27) of MAXPEEDINGRODS Trailer Hitch close to the vertical adjustment arm (4) is provided with a tightening bolt (28); |

| | |
|---|---|
| |  |
| **1(i).** and the tightening bolt (28) can be rotated to push the cushion (27) to move towards one side of the fixing holes (25), so that an end surface of the cushion (27) is abutted against the fixed seat pre-arranged at the rear end of the towing vehicle. | and the tightening bolt (28) of MAXPEEDINGRODS Trailer Hitch can be rotated to push the cushion (27) to move towards one side of the fixing holes (25), so that an end surface of the cushion (27) is abutted against the fixed seat pre-arranged at the rear end of the towing vehicle. |

5

| | |
|---|---|
| |  |
| **5.** The towing device with the damping function according to claim 1, wherein the cushion (27) comprises several damping pieces (35). | wherein the cushion (27) of MAXPEEDINGRODS Trailer Hitch comprises several damping pieces (35).<br> |
| **6.** The towing device with the damping function according to claim 1, wherein the towing | wherein the towing assembly (2) of MAXPEEDINGRODS Trailer Hitch comprises a mounting seat (9), and at least one towing member (10) arranged on the mounting seat (9). |

6

| | |
|---|---|
| assembly (2) comprises a mounting seat (9), and at least one towing member (10) arranged on the mounting seat (9). |  |